IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BENNIE L. THOMPSON, #29024,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 20-cv-00128-JPG |
| | ) |
| **JOHN DOE 2,** | ) |
| **MADISON COUNTY SHERIFF,** | ) |
| and **ERIC SCHELLHARDT,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING CASE

**GILBERT, District Judge:**

This matter is now before the Court for case management. Plaintiff Bennie Thompson filed this action pursuant to 42 U.S.C. § 1983 on November 10, 2021. (Doc. 1). In the Complaint, he complained of constitutional deprivations resulting from his warrantless arrest by two Madison County officers on September 14, 2019. (*Id.*). At the time this case was opened, the Court entered a Notice and Order advising Thompson of his ongoing obligation to notify the Court and parties of any address change within seven (7) days of a relocation. (*See* Doc. 2). He was explicitly warned that the case would be dismissed for failure to do so. (*Id.*).

Since the original Notice was entered, the Court has repeatedly reminded Thompson of his obligation to update his address. (*See* Docs. 6, 9, and 15). The Court has also warned him that the action would be dismissed if he failed to do so. (*Id.*). Despite these warnings, Thompson has failed to notify the Court of his address change(s).

Thompson's mail has been returned to the Court undelivered on numerous occasions. (*See, e.g.,* Docs. 53, 55, 59, and 60). On May 17, 2022, the Court entered the following order:

1

> ORDER TO SHOW CAUSE: Plaintiff was advised of his continuing obligation to keep the Clerk of Court informed of any change in his address and that failure to timely update his address could result in dismissal of this action for want of prosecution. (See Docs. 2, 6, 9, and 15). One or more documents mailed to Plaintiff by the Court has been returned undeliverable. (See Docs. 53, 55, 59, and 60). Plaintiff is hereby ORDERED to SHOW CAUSE on or before June 1, 2022, why this action should not be dismissed based on his failure to comply with the Court's Orders at Docs. 2, 6, 9, and 15 to update his address and for failure to prosecute his claims. Fed. R. Civ. P. 41(b). Plaintiff is WARNED that failure to respond to this Order will result in dismissal of the action without prejudice. The Clerk is DIRECTED to transmit a copy of this Order to Show Cause to Plaintiff at the address he most recently provided to the Court. Show Cause Response due by 6/1/2022.

(*see* Doc. 61) (emphasis added). Pursuant to this Order to Show Cause, Thompson was again warned that his case would be dismissed, if he failed to respond to the show cause order on or before June 1, 2022. (*Id.*).

The Order to Show Cause was returned to the Court undelivered, along with other mail. (*See* Docs. 58 and 61-63). As such, the Court will not allow this matter to linger any longer. Thompson has disregarded numerous court orders to timely update his address, and he has failed to prosecute his claims herein. Accordingly, this action shall be dismissed without prejudice.

### Disposition

**IT IS ORDERED** that this action is **DISMISSED** without prejudice because Thompson has not complied with the Court's Orders to update his address (Docs. 2, 6, 9, and 15), has not responded to the Order to Show Cause (Doc. 61), and has failed to prosecute his claim(s) in this case. *See* FED. R. CIV. P. 41(b); *Lucien v. Brewer*, 9 F.3d 26, 28 (7th Cir. 1993). The dismissal of this action does not count as a "strike" under 28 U.S.C. § 1915(g).

**IT IS ORDERED** that Thompson's obligation to pay the filing fee for this action was incurred at the time the action was filed, regardless of subsequent developments in the case. Accordingly, the filing fee of $350.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

3

**IT IS SO ORDERED.**

**DATED:  6/2/2022**                                                                                          <u>s/J. Phil Gilbert</u>
                                                                                                                              **J. PHIL GILBERT**
                                                                                                                              **United States District Judge**